Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20131−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Creech
   2 Riverview Drive West
   Montclair, NJ 07043

Social Security No.:
   xxx−xx−9932

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        10/18/18
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman

COMMISSION OR FEES
$3144.78

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 26, 2018
JAN: jf

                                                              Jeanne Naughton
                                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 18-20131-VFP
Rodney Creech                                                           Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2        Date Rcvd: Sep 26, 2018
                              Form ID: 137               Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Rodney Creech,    2 Riverview Drive West,    Montclair, NJ 07043-2609
cr             +Seterus, Inc., as authorized sub-servicer for Fede,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517540210      +Advantage Assets II,    Eichebaum & Stylian,    10 Forest Avenue,    POB 914,
                 Paramus, NJ 07653-0914
517540211      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
517540212      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517540213      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
517540214      +Bank of America,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
517540220     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
517540215      +Capital One Bank,    c/o Eichenbaum & Styliaou,    10 Forest Avenue, Suite 300,
                 Paramus, NJ 07652-5238
517540219      +Carlist Creech,    172 Howard Avenue,    Passaic, NJ 07055-4512
517540221      +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
517540225       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517540226      +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
517540227      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517540228      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517540229      +Faloni & Associates, LLC,    165 Passaic Avenue,    Ste. 301B,    Fairfield, NJ 07004-3592
517540230      +Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
517540235      +Lyons, Doughty & Veldhuis, PC,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517540236      +Merchants Credit Adjst,    17055 Francis St   Ste 100,    Omaha, NE 68130-4655
517540238      +Merchants Credit Adjst,    4005 S 148th St,    Omaha, NE 68137-5561
517540240      +Mohela/Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517540241      +Montclair Water Bureau,    205 Claremont Avenue,    Montclair, NJ 07042-3401
517540246      +PNC,    450 American St,    Simi Valley, CA 93065-6285
517540244      +PNC,    Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville, OH 44141-3262
517540248      +PNC Bank,    565 Main Street,    East Orange, NJ 07018-2216
517540243      +Pinnacle Credit Service,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
517656977       Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517540249      +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
517540251      +Residential Credit Solutions, Inc,    POB 16349,    Fort Worth, TX 76162
517540253      +Seterus,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
517540254      +Seterus c/o,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517651058      +Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143-1047
517540255      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
517540256      +Township of Montclair,    Tax Collector,    205 Claremont Avenue,    Montclair, NJ 07042-3401
517540257       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517540258      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
517549974      +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517558408      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517540218       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:34:31      Capital 1 Bank,
                 Po Box 85520,    Richmond, VA 23285
517540217      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:34:32      Capital 1 Bank,
                 Att: Bankruptcy Dept.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
517540216      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:33:48      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
517540223      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2018 00:33:13      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517540222      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2018 00:33:56      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517540232       E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 00:29:28      Internal Revenue Service,
                 Dept. of the Treasury,    PO Box 7346,    Philadelphia, PA 19101-7346
517657211       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 00:33:59
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2           User: admin                 Page 2 of 2                   Date Rcvd: Sep 26, 2018
                               Form ID: 137                Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517649041          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 00:33:16
                    LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517540234         +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 00:33:16      Lvnv Funding Llc,
                    Po Box 10497,    Greenville, SC 29603-0497
517540242         +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 00:33:58
                    Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
517644013         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2018 00:34:42      Verizon,
                    by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517540259          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2018 00:29:02
                    Verizon Wireless,    POB 408,    Newark, NJ 07101-0408
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517540224*       +Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
517540231*       +Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
517540233*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517540239*       +Merchants Credit Adjst,    4005 S 148th St,    Omaha, NE 68137-5561
517540237*       +Merchants Credit Adjst,    17055 Francis St    Ste 100,    Omaha, NE 68130-4655
517540247*       +PNC,   450 American St,    Simi Valley, CA 93065-6285
517540245*       +PNC,   Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville, OH 44141-3262
517540250*       +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
517540252*       +Residential Credit Solutions, Inc,     POB 16349,    Fort Worth, TX 76162
                                                                                              TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
                Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
                the laws of the United States of America cmecf@sternlav.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```