| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000 (phone)<br>(973) 675-5886 (fax)<br><br>David G. Beslow, Esq. DGB-5300<br>Attorney for Debor, Rodney Creech | |
| In Re:<br><br>RODNEY CREECH | Case No.:  __18-20131__<br><br>Judge:  __VFP__<br><br>Chapter:  13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ____Chapter 13 Trustee____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
This office represents the Debtor in the above referenced bankruptcy case. Our office attempted to reach the Debtor but was unable to locate him prior to today's deadline to file opposition. We respectfully request that the Court schedule a hearing on this matter. We will continue to attempt to locate the Debtor, who has paid the Trustee $5500.00 since filing his petition on May 18, 2018.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: June 18, 2019 /S/ David G. Beslow, Esq.
Debtor's Signature

Date: 6/18/19
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15