Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−20131−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Creech
   2 Riverview Drive West
   Montclair, NJ 07043

Social Security No.:
   xxx−xx−9932

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 26, 2019
JAN: mcp

                                      Jeanne Naughton
                                      Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                           Case No. 18-20131-VFP
Rodney Creech                                                    Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin               Page 1 of 3           Date Rcvd: Jul 26, 2019
                             Form ID: 148              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db             +Rodney Creech,    2 Riverview Drive West,    Montclair, NJ 07043-2609
cr             +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
517540210      +Advantage Assets II,    Eichebaum & Stylian,    10 Forest Avenue,    POB 914,
                 Paramus, NJ 07653-0914
517540215      +Capital One Bank,    c/o Eichenbaum & Styliaou,    10 Forest Avenue, Suite 300,
                 Paramus, NJ 07652-5238
517540219      +Carlist Creech,    172 Howard Avenue,    Passaic, NJ 07055-4512
517540225       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517540226      +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
517540228      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517540227      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517540229      +Faloni & Associates, LLC,    165 Passaic Avenue,    Ste. 301B,    Fairfield, NJ 07004-3592
517540230      +Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
517540235      +Lyons, Doughty & Veldhuis, PC,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517540238      +Merchants Credit Adjst,    4005 S 148th St,    Omaha, NE 68137-5561
517540236      +Merchants Credit Adjst,    17055 Francis St   Ste 100,    Omaha, NE 68130-4655
517540240      +Mohela/Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517540241      +Montclair Water Bureau,    205 Claremont Avenue,    Montclair, NJ 07042-3401
518312033      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O Box 619096,    Dallas, TX 75261-9096
518312034      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O Box 619096,    Dallas, TX 75261-9741,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O Box 619096,    Dallas, TX 75261-9096
517540244      +PNC,    Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville, OH 44141-3262
517540246      +PNC,    450 American St,    Simi Valley, CA 93065-6285
517540248      +PNC Bank,    565 Main Street,    East Orange, NJ 07018-2216
517540243      +Pinnacle Credit Service,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
517656977       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517540249      +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
517540251      +Residential Credit Solutions, Inc,     POB 16349,    Fort Worth, TX 76162
517841716     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517540253      +Seterus,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
517540254      +Seterus c/o,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517651058     #+Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143-1047
517540255      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
517540256      +Township of Montclair,    Tax Collector,    205 Claremont Avenue,    Montclair, NJ 07042-3401
517540257       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517540258      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517549974      +U S Department of Education/MOHELA,     633 Spirit Drive,    Chesterfield, MO 63005-1243
517558408      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517540212      +EDI: AMEREXPR.COM Jul 27 2019 04:28:00      American Express,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
517540211      +EDI: BECKLEE.COM Jul 27 2019 04:28:00      American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
517540213      +EDI: BANKAMER.COM Jul 27 2019 04:28:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,   Simi Valley, CA 93062-5170
517540214      +EDI: BANKAMER.COM Jul 27 2019 04:28:00      Bank of America,    1800 Tapo Canyon Rd,
                 Simi Valley, CA 93063-6712
517540218       EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Capital 1 Bank,    Po Box 85520,
                 Richmond, VA 23285
517540220       EDI: CITICORP.COM Jul 27 2019 04:28:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,    Po Box 20507,   Kansas City, MO 64195
517540217      +EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Capital 1 Bank,    Att: Bankruptcy Dept.,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
517540216      +EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Capital 1 Bank,    Attn: General Correspondence,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
517540221      +EDI: CITICORP.COM Jul 27 2019 04:28:00      Citibank Usa,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Jul 26, 2019
                              Form ID: 148             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517540223      +EDI: RCSFNBMARIN.COM Jul 27 2019 04:28:00      Credit One Bank,    Po Box 98872,
                 Las Vegas, NV 89193-8872
517540222      +EDI: RCSFNBMARIN.COM Jul 27 2019 04:28:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517540232       EDI: IRS.COM Jul 27 2019 04:28:00      Internal Revenue Service,    Dept. of the Treasury,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517657211       EDI: RESURGENT.COM Jul 27 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517649041       EDI: RESURGENT.COM Jul 27 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517540234      +EDI: RESURGENT.COM Jul 27 2019 04:28:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
517540242      +EDI: RESURGENT.COM Jul 27 2019 04:28:00      Pinnacle Credit Service,    Attn: Bankruptcy,
                 Po Box 640,    Hopkins, MN 55343-0640
517644013      +EDI: AIS.COM Jul 27 2019 04:28:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517540259       EDI: VERIZONCOMB.COM Jul 27 2019 04:28:00      Verizon Wireless,    POB 408,
                 Newark, NJ 07101-0408
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517540224*     +Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
517540231*     +Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
517540233*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517540239*     +Merchants Credit Adjst,    4005 S 148th St,    Omaha, NE 68137-5561
517540237*     +Merchants Credit Adjst,    17055 Francis St   Ste 100,    Omaha, NE 68130-4655
517540247*     +PNC,    450 American St,    Simi Valley, CA 93065-6285
517540245*     +PNC,    Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville, OH 44141-3262
517540250*     +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
517540252*     +Residential Credit Solutions, Inc,    POB 16349,    Fort Worth, TX 76162
                                                                                 TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                      Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
          Clifford B. Frish    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee et al...
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
           Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
           the laws of the United States of America cmecf@sternlav.com
          Maria  Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           mcozzini@sternlav.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2              User: admin                Page 3 of 3                  Date Rcvd: Jul 26, 2019
                                  Form ID: 148               Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Mark   Goldman    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com
        Phillip Andrew Raymond    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com
        Rebecca Ann Solarz    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 11