| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Telecopier Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal National Mortgage Association FHA: Secretary of Housing & Urban Development, its successors and assigns VA: Secretary of Veterans Affairs<br>By: Maria Cozzini, Esq. | **Order Filed on August 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    Rodney Creech<br><br><br>    Debtor(s) | Case No.: 18-20131-VFP<br>Chapter:   13<br>Hearing Date: August 15, 2019<br>Judge:   Vincent F. Papalia |

# ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through ___2____ is hereby **ORDERED**.

**DATED: August 23, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

-14-

(Page 2)
Debtor: Rodney Creech
Case No.: 18-20131-VFP
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **2 Riverview Drive West, Montclair, NJ  07043**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**201501465**

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney Creech  
       Debtor

Case No. 18-20131-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.  
db          +Rodney Creech,    2 Riverview Drive West,    Montclair, NJ 07043-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
        Clifford B. Frish    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        David G. Beslow    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee et al...
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
         Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
         the laws of the United States of America cmecf@sternlav.com
        Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         mcozzini@sternlav.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Mark  Goldman    on behalf of Debtor Rodney  Creech yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         NJ_ECF_Notices@mccalla.com
        Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         phillip.raymond@mccalla.com
        Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee et al...
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                              TOTAL: 11